UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **CURRY SAUSEDA** | **CIVIL ACTION NO. 25-1061** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE JERRY EDWARDS, JR.** |
| **WARDEN CUPP, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge (ECF No. 9) having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Curry Sauseda's claims against Warden Cupp and the Richland Parish Nursing Department are **DISMISSED WITHOUT PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED** that the claims against defendant nurse Kedra Vaughn, remain.

THUS DONE in Chambers this 22nd day of December, 2025.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE